# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States Of America | Case No.: 21 - 043 MJ |
| v. | **CRIMINAL COMPLAINT** |
| Aaron Gordon Holmes | (Electronically Submitted) |
| | (Filed Under Seal) |

SEALED

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or between January 14, 2021, and February 11, 2021, in the District of Arizona, Defendant AARON GORDON HOLMES, distribute/receive of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT 2

On or between January 14, 2021, and February 11, 2021, in the District of Arizona, Defendant AARON GORDON HOLMES, possession child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

I further state that I am a Special Agent from the FBI and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: *s/Gayle Helart*, AUSA

Emily A. Steele, Special Agent, FBI
Name of Complainant

*Emily A. Steele* (signature)
Signature of Complainant

Telephonically Sworn to before me and subscribed in my presence

February 11, 2021 @ 8 PM
Date

at Phoenix, Arizona
City and State

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge
Name & Title of Judicial Officer

*Michelle Burns* (signature)
Signature of Judicial Officer

**ELECTRONICALLY SUBMITTED**

**STATEMENT OF PROBABLE CAUSE**

I, Emily A. Steele, Special Agent with Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows, to wit:

**INTRODUCTION**

The facts of this case, as more fully detailed herein, are that between January 14 and January 16, 2021, a subject transmitted child pornography via the Internet. This subject used IP address 38.22.13.30 on both dates. Investigative steps determined that IP address 38.22.13.30 was assigned to the Gila River Telecommunications residential account located at 16646 S Saint Johns Road, Komatke, Arizona 85339. On February 8, 2021, the Honorable Michelle H. Burns, Magistrate Judge, authorized a federal search warrant to search a Facebook user account, User ID of "100003032366916" for the purpose of locating evidence and instrumentalities used in relation to the violations of 18 U.S.C. §§ 2252(a)(2) (distribution) and 2252(a)(4)(B).

**PRELIMINARY BACKGROUND INFORMATION**

1. I am a Special Agent with the FBI assigned to the Phoenix Division. I have been so employed for two years. I have consulted this case with Special Agent Candace Rose who has been employed for seventeen years as a Special Agent and is specifically assigned to conduct investigations pursuant to the FBI's Innocent Images National Initiative (IINI), which focuses on crimes where computers and the Internet are used in the sexual exploitation of children. Special Agent Rose is responsible for conducting federal and international investigations relating to crimes involving the sexual exploitation of children. SA Rose and I have received basic and on-the-job training in the investigation of cases involving the sexual exploitation of children. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents.

**DETAILS OF THE INVESTIGATION**

2. On January 16, 2021, Facebook reported a Cybertip to NCMEC about a messaging communication between two Facebook users involving one user having sent / distributed

1

suspected child pornography material to another user. The account username that sent / distributed the material identified as "Aaron Sirsmokalot", screenname of "aaron.holmes.135" and user ID of "100003032366916" and sent it to another Facebook user, "Tee Jane".

3. On February 1, 2021, NCMEC assigned the Cybertip to Arizona Internet Crimes Against Children.

4. Upon review of the Cybertip, I looked at two image files. They show a girl, who looks no older than 8. In one her mouth is open, and the other it is not, but the pictures are similar. She white liquid substance around her mouth and is comparable to ejaculate. Adult feet can be seen in the picture. She is clothed, but still appears to have no breast development. In comparing her image to other Facebook images on one of her relative's accounts that is public and I can see, she appears to be the same as the girl who resides in the home of the account holder of the aaron.holmes135 account. This information was discovered using open-source resources and investigative techniques.

5. A Federal Search Warrant was authorized by United States Magistrate Judge Michelle H. Burns on February 8, 2021, which was subsequently served on Facebook regarding the aaron.holmes135 account.

6. Facebook responded that the account was created on October 13, 2011 with an email address of "aaron.holmes93@yahoo.com." Facebook also provided that the account had been accessed by multiple times by IP address 38.22.13.30 which resolved back to Gila River Telecommunications.

7. After reviewing the SUBJECT'S Facebook communications, additional communications from aaron.holmes135 to "Tee Jane" on January 14-16, 2021, contained child sexual abuse material. The videos I reviewed that were sent by aaron.holmes135 can be described as the following:

    a. <u>unified_message_147388810482513</u>:

The 14 second color video depicts a minor female performing oral sex on an adult male. The child is clothed but the child's hands and mouth appear to be extremely small in relation to the male's genitals. The adult male's hand can be seen at the end of the video touching his penis.

  b. unified_message_403251767573484:

The 50 second color video depicts a minor female being anally penetrated by an adult male. The minor is bent over, standing in front of the male as he uses his penis to penetrate her from behind. The female has no breast development. At one point in the video the female's genitals are revealed to the camera and the vaginal area is not fully developed and has not yet grown pubic hair. The adult male's hands and body can be seen throughout the entire video.

  c. unified_message_3816338945112074:

The 40 second color video depicts a minor female performing oral sex on an adult male. The child is clothed but child's mouth is small enough that it is unable to fit more than the tip of the adult male's genitalia. The male opens the child's mouth to reveal that he ejaculated and proceeds to make her swallow the ejaculate. The adult male's hands are visible in the video.

8. The Facebook return also included that these three videos were sent to the Tee Jane account by the aaron.holmes135 account, with Tee Jane responding to them.

9. An administrative subpoena was served on Gila River Communications regarding IP address 38.22.13.30. Gila River Telecommunications responded that IP address 38.11.13.30 was assigned to the residential account for 16646 S Saint Johns Rd, Komatke, Arizona 85339, on the Gila River Indian Country Indian reservation, and it is the residence where Aaron Holmes resides.

10. A check of the Arizona Motor Vehicle Division revealed a driver's license for Aaron Gordon Holmes, license number D08311020. The MVD check also revealed a registered vehicle, a 2018 Grey Honda Civic, bearing Arizona license plate 3LA3CDA, registered to Aaron Holmes and Azaya Holmes.

10. On February 3, 2021, a school which holds school records for the child who looks visually similar to the child described above in Paragraph 4, and who is a child that Aaron Holmes currently has custody of, provided paperwork that showed 16646 S Saint Johns Rd, Komatke, Arizona 85339, as the child's primary residential address.

11. On February 10, 2021, Gila River Police Department confirmed that Aaron Holmes resides at 16646 S Saint Johns Rd, Komatke, Arizona 85339 based on the paperwork that is filed for

him having primary custody of two or three children.

a. Due to the addressing system on the Gila River Indian Community, it is commonplace for one residence to have two or three numbers associated with a single structure. In the case of 16646 S Saint Johns Road, it is also referred to as 5904 W Saint Johns Road. The Gila River Police Department computer aided dispatch system indicates that the both above mentioned addresses are the same location.

## CONCLUSION

12. Based on the foregoing, I believe that there is probable cause that Aaron Gordon Holmes knowingly distributed and possessed child pornography in violation of Title 18 U.S.C. §§ 2252(a)(2) and (a)(4)(B).

Respectfully submitted,

*Emily A. Steele* (signature)
Special Agent Emily A. Steele
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically on this __11__ day of February 2021.

*Michelle H. Burns* (signature)
HONORABLE MICHELLE H. BURNS
United States Magistrate Judge

4